IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**GREGORY H MOORE,**

    Plaintiff,

v.

**NANCY A. BERRYHILL,**
Acting Commissioner of Social Security,

    Defendant.

No. 3:17-CV-1112-MO

OPINION AND ORDER

**MOSMAN, J.**,

For the reasons stated on the record, this case is REMANDED to the ALJ for further proceedings.

IT IS SO ORDERED.

DATED this __29__ day of May, 2018.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
Chief United States District Judge