UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| GREGORY H. MOORE,<br><br>  Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Civil No. 3:17-CV-01112-MO<br><br>ORDER OF REMAND<br>AMENDING THIS COURT'S MAY 29,<br>2018 OPINION AND ORDER |

The above-captioned case is hereby REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings before an administrative law judge (ALJ), and to issue a new decision in regard to Plaintiff's application for a period of disability and disability insurance benefits under Title II of the Social Security Act. On remand, the ALJ will reevaluate the credibility finding, based on her errors in identifying inconsistencies in the claimant's testimony and in finding the claimant's conservative treatment course undermined his subjective complaints. Furthermore, although the ALJ did not commit a stand-alone error with regard to the weight afforded to the medical opinion evidence, the ALJ will reexamine the medical opinion evidence to the extent necessary in light of her reevaluation of claimant's credibility.

IT IS SO ORDERED this 8th day of June, 2018.

MICHAEL W. MOSMAN
CHIEF UNITED STATES DISTRICT JUDGE