UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Gregory H. Moore,
    Plaintiff,                                  Civil Action No. 3:17-cv-01112-MO
vs.

NANCY A. BERRYHILL                 ORDER GRANTING AWARD
Acting COMMISSIONER of Social Security,   OF EAJA FEES, EXPENSES
    Defendant                    /                   COSTS

## ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in Astrue v Ratliff, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of $**6,427.28** and expenses $**8.64** and costs of $**11.70**, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in Ratliff shall be paid to the Plaintiff, and mailed to the attorney's office.

Done this _____ day of _____, 2018

_____
Chief Judge Michael W. Mosman